IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00250-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MATEO MERAZ (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion for the return of seized property, pursuant to Fed. R. Crim. 41(g), (Doc. No. 90), and the government's response, (Doc. No. 92).

The defendant seeks the return of a Mac Pro laptop computer, a hard drive unit, and a Samsung cellphone seized at the time of his arrest. (Doc. No. 90: Motion at 1). The government intended to return the items when the convictions of all co-defendants became final, (Doc. No. 77: Response at 1), even though the defendant stipulated to their forfeiture in his plea agreement, (Doc. No. 41 at ¶ 9). However, the government now reports the items are at issue in a pending criminal investigation in another district. (Doc. No. 92 at 1). Thus, the Court finds that the instant motion is premature.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 90), is **DENIED without prejudice** to be re-filed, if necessary, when the items are no longer needed for the pending criminal investigation.

Signed: October 29, 2018

Robert J. Conrad, Jr.
United States District Judge